FILED

2007 JUL 20 A 10: 59

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No.: 3:00-CR-00249 (JCH) |
| | : | |
| ERNEST ORTALE | : | JULY 19, 2007 |

**MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE AND SUPPORTING MEMORANDUM**

Ernest Ortale, through undersigned counsel, respectfully requests that this Court terminate his probation pursuant to Rule 32.1(b) of the Federal Rules of Criminal Procedure, 18 U.S.C. § 3583(e), and 18 U.S.C. §3564(c). In support of this motion, Mr. Ortale shows the Court:

1. The statute governing early termination of supervised release, 18 U.S.C. §3583(e), provides that the court may terminate a term of supervised release "and discharge the defendant released at any time after the expiration of one year of supervised release, . . . if it is satisfied that such action is warranted by the conduct of the defendant released and in the interest of justice."

2. In January, 2005, Mr. Ortale began a four year term of supervised release under the supervision of the United States District Court for the District of Connecticut, after having served 18 months of a 20-month sentence of incarceration.

3. Since January, 2005, Mr. Ortale has fulfilled all the conditions of his supervised release. He presently works full-time at an auto dealership in West Haven, Connecticut. He has undergone

and passed all required drug tests. In addition, he has maintained his own residence for almost fifteen years, interrupted only by his prison sentence. He has continued to report to his probation officer in a timely manner.

4. Counsel, on behalf of Mr. Ortale, has been informed that his probation officer, Ms. Jennifer Amato, does not object to vacating Mr. Ortale's probation.

5. As set forth in more detail in the accompanying memorandum of law, the sentencing factors set forth at 18 U.S.C §3553 support the early termination of supervised release.

WHEREFORE, it is respectfully requested that the Court grant Mr. Ortale's motion for early termination of his supervised release pursuant to 18 U.S.C. §3583(e) and 18 U.S.C. §3564(c).

THE DEFENDANT, ERNEST ORTALE

By: _____
David R. Gronbach
Moynahan & Minnella, LLC
141 East Main Street, P.O. Box 2242
Waterbury, Connecticut  06722-2242
Phone No. (203) 573-1411
Facsimile No. (203) 757-9313
Email Address: dgronbach@moynahanlawfirm.com
Federal Bar No. ct26900

## ORDER

The foregoing motion having been heard is hereby:

        GRANTED    /    DENIED

_____
Judge / Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No.: 3:00-CR-00249 (JCH) |
| | : | |
| ERNEST ORTALE | : | JULY 19, 2007 |

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing Motion To Terminate Supervised Release And Supporting Memorandum has been served by mail on this 19th day of July, 2007 to:

The United States District Court
At Bridgeport
915 Lafayette Boulevard
Bridgeport, CT 06604

USAA Peter Youngblood
157 Church Street, 23rd Floor
New Haven, CT 06510

Jennifer Amato
Connecticut Probation Office
Hartford Divisional Office
735 Abraham Ribicoff Federal Building
450 Main Street
Hartford, CT 06103-3022

David R. Gronbach
Federal Bar No.: ct26900