JUL 2 0 2007

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA        :        Case No.: 3:00-CR-00249 (JCH)

:

ERNEST ORTALE                   :        JULY 19, 2007

## APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for the Defendant, Ernest Ortale.

THE DEFENDANT, ERNEST ORTALE

By: _____
David R. Gronbach
Moynahan & Minnella, LLC
141 East Main Street, P.O. Box 2242
Waterbury, Connecticut  06722-2242
Phone No. (203) 573-1411
Facsimile No. (203) 757-9313
Email Address:  dgronbach@moynahanlawfirm.com
Federal Bar No. ct26900

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No.: 3:00-CR-00249 (JCH) |
| | : | |
| ERNEST ORTALE | : | JULY 19, 2007 |

### CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion To Terminate Supervised Release And Supporting Memorandum has been served by mail on this 19th day of July, 2007 to:

The United States District Court
At Bridgeport
915 Lafayette Boulevard
Bridgeport, CT 06604

USAA Peter Youngblood
157 Church Street, 23rd Floor
New Haven, CT 06510

Jennifer Amato
Connecticut Probation Office
Hartford Divisional Office
735 Abraham Ribicoff Federal Building
450 Main Street
Hartford, CT 06103-3022

David R. Gronbach
Federal Bar No.: ct26900