UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No.: 3:00-CR-00249 (JCH) |
| | : | |
| ERNEST ORTALE | : | JANUARY 3, 2008 |

**SECOND MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE AND SUPPORTING MEMORANDUM**

Ernest Ortale, through undersigned counsel, respectfully requests that this Court terminate his probation pursuant to Rule 32.1(b) of the Federal Rules of Criminal Procedure, 18 U.S.C. § 3583(e), and 18 U.S.C. §3564(c). In support of this motion, Mr. Ortale shows the Court:

1. A prior motion was filed on July 19, 2007. The court's decision, dated July 24, 2007, denied the motion without prejudice to renew after January 2008.

2. The statute governing early termination of supervised release, 18 U.S.C. §3583(e), provides that the court may terminate a term of supervised release "and discharge the defendant released at any time after the expiration of one year of supervised release, . . . if it is satisfied that such action is warranted by the conduct of the defendant released and in the interest of justice."

3. In January, 2005, Mr. Ortale began a four year term of supervised release under the supervision of the United States District Court for the District of Connecticut, after having served 18 months of a 20-month sentence of incarceration.

4. Since January, 2005, Mr. Ortale has fulfilled all the conditions of his supervised release. He presently works full-time at an auto dealership in West Haven, Connecticut. He has undergone and passed all required drug tests. In addition, he has maintained his own residence for almost fifteen years, interrupted only by his prison sentence. He has continued to report to his probation officer in a timely manner.

5. Counsel has contacted the defendant's probation officer, Jennifer Amato, and she informed counsel that Mr. Ortale has complied with the terms of his probation. She has no objection to this motion.

6. As set forth in more detail in the accompanying memorandum of law, the sentencing factors set forth at 18 U.S.C §3553 support the early termination of supervised release.

WHEREFORE, it is respectfully requested that the Court grant Mr. Ortale's motion for early termination of his supervised release pursuant to 18 U.S.C. §3583(e) and 18 U.S.C. §3564(c).

          THE DEFENDANT, ERNEST ORTALE

    By: /s/ David R. Gronbach
       David R. Gronbach
       Moynahan & Minnella, LLC
       141 East Main Street, P.O. Box 2242
       Waterbury, Connecticut   06722-2242
       Phone No. (203) 573-1411
       Facsimile No. (203) 757-9313
       Email Address: dgronbach@moynahanlawfirm.com
       Federal Bar No. ct26900

## ORDER

The foregoing motion having been heard is hereby:

                GRANTED    /    DENIED

_____
Judge / Clerk

Case 3:00-cr-00249-JCH    Document 207    Filed 01/03/2008    Page 3 of 4

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No.: 3:00-CR-00249 (JCH) |
| | : | |
| ERNEST ORTALE | : | JULY 19, 2007 |

## CERTIFICATE OF SERVICE

I, David R. Gronbach, hereby certify that on January 3, 2008, a copy of the foregoing Second Motion To Terminate Supervised Release And Supporting Memorandum was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

s/ David R. Gronbach
David R. Gronbach
Federal Bar No.: ct26900