

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No.: 3:00-CR-00249 (JCH) |
| | : | |
| ERNEST ORTALE | : | JANUARY 11, 2008 |

### MOTION TO SEAL

Ernest Ortale, through undersigned counsel, respectfully requests that this Court issue an order pursuant to Local Rule of Criminal Procedure 57(b) sealing defendant's previously filed Motions for early Termination of Probation, and supporting memorandum, dated July 19, 2007 and January 3, 2008, respectively (document numbers 202, 203 and 207 respectively). The motions and memoranda contain statements describing the defendant's cooperation with the government. The disclosure of defendant's cooperation may pose a substantial risk of harm to the defendant.

WHEREFORE, it is respectfully requested that the Court grant defendant's motion to seal document numbers 202, 203, and 207 pursuant to local rule 57(b).

THE DEFENDANT, ERNEST ORTALE

By: _____
David R. Gronbach
Moynahan & Minnella, LLC
141 East Main Street, P.O. Box 2242
Waterbury, Connecticut 06722-2242
Phone No. (203) 573-1411
Facsimile No. (203) 757-9313
Email Address: dgronbach@moynahanlawfirm.com
Federal Bar No. ct26900

## ORDER

The foregoing motion having been heard is hereby:

        GRANTED   /   DENIED

_____
Judge / Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA  :   Case No.: 3:00-CR-00249 (JCH)

:

ERNEST ORTALE  :   JANUARY 11, 2008

## CERTIFICATE OF SERVICE

I, David R. Gronbach, hereby certify that on January 11, 2008, a copy of the foregoing Motion to Seal was mailed via first class mail, postage prepaid, to:

Clerk of Court
BRIEN McMAHON FEDERAL BUILDING
United States Courthouse
915 Lafayette Boulevard
Bridgeport, Connecticut 06604

USAA Peter S. Jongbloed
United States Attorney
157 Church Street
New Haven, CT 06510

David R. Gronbach
Federal Bar No.: ct26900